# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5136**           **September Term, 2023**

1:22-cv-02909-TJK

Filed On: May 20, 2024 [2055288]

Bruce Munro,

         Appellant

     v.

U.S. Copyright Office and Register of Copyrights,

         Appellees

## O R D E R

The notice of appeal was filed on May 16, 2024, and docketed in this court on May 20, 2024. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 20, 2024 |
| Docketing Statement Form | June 20, 2024 |
| Entry of Appearance Form | June 20, 2024 |
| Procedural Motions, if any | June 20, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 20, 2024 |
| Statement of Issues to be Raised | June 20, 2024 |
| Transcript Status Report | June 20, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | June 20, 2024 |
| Dispositive Motions, if any | July 5, 2024 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 20, 2024 |
| Entry of Appearance Form | June 20, 2024 |
| Procedural Motions, if any | June 20, 2024 |
| Dispositive Motions, if any | July 5, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:   /s/
       Emily K. Campbell
       Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases