# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Bruce Munro

**v.**

U.S. Copyright Office, et al.

**Case No:** 24-5136

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ⦿ Gov't counsel for the ◯ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Copyright Office

Register of Copyrights

### Counsel Information

Lead Counsel: Leif Overvold

Direct Phone: (202) 532-4631  Fax: (202) 514-7964  Email: Leif.Overvold2@usdoj.gov

2nd Counsel: Daniel Tenny

Direct Phone: (202) 514-1838  Fax: (202) 514-7964  Email: Daniel.Tenny@usdoj.gov

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: U.S. Department of Justice

Firm Address: 950 Pennsylvania Ave. NW, Washington, DC 20530

Firm Phone: (___) ___-____  Fax: (___) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)