# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Bruce Munro

**v.**

U.S. Copyright Office and Register of Copy[rights]

**Case No:** 24-5136

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Bruce Munro

### Counsel Information

Lead Counsel: Carl F. Schwenker

Direct Phone: (512) 480-8427   Fax: (512) 857-1294   Email: cfslaw@swbell.net

2nd Counsel: Joel B. Rothman

Direct Phone: (561) 404-4335   Fax: (561) 404-4353   Email: joel.rothman@sriplaw.com

3rd Counsel:

Direct Phone: (___) ___-___   Fax: (___) ___-___   Email:

Firm Name:

Firm Address:

Firm Phone: (___) ___-___   Fax: (___) ___-___   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)