# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5136**

**September Term, 2023**

**1:22-cv-02909-TJK**

**Filed On: August 9, 2024** [2069287]

Bruce Munro,

      Appellant

    v.

U.S. Copyright Office and Register of
Copyrights,

      Appellees

## O R D E R

Upon consideration of appellant's unopposed motion to further extend motion deadlines, it is

**ORDERED** that the motion be granted. Motions to govern future proceedings in this case are now due September 9, 2024.

      **FOR THE COURT:**
      Mark J. Langer, Clerk

BY:   /s/
      Catherine J. Lavender
      Deputy Clerk