[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

BRUCE MUNRO,

    Plaintiff-Appellant,

    v.

U.S. COPYRIGHT OFFICE, et al.,

    Defendants-Appellees.

No. 24-5136

**APPELLEES' UNOPPOSED MOTION FOR A 14-DAY EXTENSION TO FILE RESPONSE TO APPELLANT'S MOTION FOR SUMMARY VACATUR AND REMAND**

Pursuant to Fed. R. App. P. 27 and D.C. Circuit Rule 28(e), appellees the U.S. Copyright Office and the Register of Copyrights, respectfully request a 14-day extension of time, to and including October 3, 2024, in which to file a response to appellant's motion seeking summary vacatur of the district court's decision and remand. Counsel for appellant state that they do not oppose this motion.

1. Pursuant to the clerk's scheduling order issued May 20, 2024, dispositive motions in this case were initially due on July 5, 2024. On June 21, 2024, in response to a motion filed by plaintiff, the Court issued an order holding this case in abeyance and directing the parties to file motions to govern further proceedings within 30 days of the Supreme Court's disposition of *Loper Bright Enterprises v.*

*Raimondo*, No. 22-451, and *Relentless, Inc. v. Department of Commerce*, No. 22-1219. Plaintiff subsequently sought and received a further extension of the motion deadlines, and, on September 9, 2024, plaintiff filed a motion seeking summary vacatur of the district court's decision in this case and remand in light of the Supreme Court's decisions in *Securities and Exchange Commission v. Jarkesy*, 144 S. Ct. 2117 (2024), and *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024).

2. The government respectfully requests a 14-day extension of time to file its response to plaintiff's motion, to and including October 3, 2024. The requested extension of time is necessary in light of the appellate deadlines and other commitments of government counsel. Leif Overvold is lead counsel for the government in this appeal. In addition to preparing the response in this case, he is scheduled to present oral argument in *United States v. Iowa*, No. 24-2265 (8th Cir.) on September 26, 2024. He is assigned to other internal government matters with pressing deadlines in the upcoming weeks as well.

In addition, Daniel Tenny has supervisory responsibility over the preparation of this response. He is scheduled to present oral argument in *Tik Tok, Inc. v. Garland*, No. 24-1113 (D.C. Cir.), on September 16, 2024. He also has supervisory responsibility for the following matters, among others: *Kennedy v. Biden*, No. 24-30253 (5th Cir.) (opening brief filed Sept. 11, 2024); *Thaler v.*

*Perlmutter*, No. 23-5233 (D.C. Cir.) (supervising oral argument scheduled Sept. 19, 2024); *National Small Business Ass'n v. Department of the Treasury*, No. 24-10736 (11th Cir.) (supervising oral argument scheduled Sept. 27, 2024); *Kennedy v. Biden*, No. 24-30253 (5th Cir.) (reply brief due Oct. 2, 2024).

3. Counsel for the government has contacted counsel for plaintiff, who stated that they do not oppose the proposed extension.

## CONCLUSION

For the foregoing reasons, the government requests that the Court extend the deadline for the government's response to plaintiff's motion for summary vacatur and remand for 14 days, to and including October 3, 2024.

Respectfully submitted,

DANIEL TENNY
(202) 514-1838

 /s/ *Leif Overvold*
LEIF OVERVOLD
(202) 532-4631
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7226
   Washington, D.C. 20530

SEPTEMBER 2024

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 487 words, according to the count of Microsoft Word.

/s/ *Leif Overvold*
LEIF OVERVOLD