# United States Court of Appeals

### For The District of Columbia Circuit

_____

No. 24-5136

September Term, 2024

**1:22-cv-02909-TJK**

**Filed On: September 17, 2024** [2075189]

Bruce Munro,

      Appellant

   v.

U.S. Copyright Office and Register of
Copyrights,

      Appellees

## O R D E R

Upon consideration of appellees' unopposed motion for extension of time to file response to appellant's motion for summary vacatur and remand, it is

**ORDERED** that the motion for extension of time be granted. Appellees' response is now due October 3, 2024.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk