[ORAL ARGUMENT NOT SCHEDULED]

CASE NO. 24-5136

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

**BRUCE MUNRO,**
Plaintiff-Appellant

v.

**U.S. COPYRIGHT OFFICE AND REGISTER OF COPYRIGHTS,**
Defendants-Appellees

On Appeal from the United States District Court
for the District of Columbia
District Court Case No. 1:22-cv-02909-TJK

**APPELLANT'S *UNOPPOSED* MOTION FOR A 14-DAY EXTENSION TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY VACATUR AND REMAND**

CARL F. SCHWENKER
**LAW OFFICE OF CARL F. SCHWENKER**
3807 Duval Street, Suite E
Austin, TX 78751
512.480.8427 – Telephone
cfslaw@swbell.net

JOEL B. ROTHMAN
**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
joel.rothman@sriplaw.com

*Counsel for Appellant*

## Appellant's *Unopposed* Motion for 14-Day Extension to File Reply in Support of Motion for Summary Vacatur and Remand

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27(a) and D.C. Circuit Rule 28(e), appellant Bruce Munro ("Appellant" or "Munro") respectfully requests a fourteen (14) day extension of time, to and including October 24, 2024, in which to file a reply to Appellee's Response to Appellant's Motion for Summary Vacatur and Remand ("Response").

Counsel for Appellant conferred on October 3, 2024 with counsel for appellees U.S. Copyright Office and the Register of Copyrights (together "Appellees" or "USCO") to inquire as to whether they would consent to the relief sought herein. Counsel for Appellees confirmed by email that they do not oppose and consent to this requested extension.

On September 9, 2024, appellant Munro filed his Motion for Summary Vacatur and Remand ("Motion"), which asserts that vacatur and remand of the pending appeal is necessitated by two seminal Supreme Court opinions, *Loper Bright* and *Jarkesy*, issued in late July 2024. Following appellant Munro's consent to a 14-day extension of time requested by Appellees (Doc. # 2074740), Appellees filed their Response on October 3, 2024. Due to counsel's concurrent deadlines in other matters, appellant Munro moves to extend by a commensurate 14 days the time to file his reply. Moreover, various circuit courts have begun addressing and issuing orders regarding the impact of the *Loper Bright* and *Jarkesy* opinions on

2

pending appeals, including on the propriety and advisability of vacatur and remand, and such extension of time will also allow for further issuance of orders by the circuit courts and development of additional guidance on the subject.

For the foregoing reasons, Appellant Munro respectfully requests that this Court extend by 14 days the deadline for Appellant to file his Reply in support of his Motion for Vacatur and Remand, up to and including October 24, 2024.

Dated: October 8, 2024

Respectfully submitted,

**LAW OFFICES OF CARL F. SCHWENKER**

*/s/ Carl F. Schwenker*
Carl F. Schwenker (TX #00788374)
cfslaw@swbell.net
The Parsons House
3807 Duval Street, Suite E
Austin, TX 78751
512.480.8427 – Telephone
512.857.1294 – Facsimile

**SRIPLAW**

*/s/ Joel B. Rothman*
Joel B. Rothman (FL #98220)
joel.rothman@sriplaw.com
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF COMPLIANCE

**Certificate of Compliance with Type-Volume Limit, Typeface Requirements and Type-Style Requirements**

  1.  This filing complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font with one-inch margins

  2.  This filing complies with the type-volume limit of Fed. R. App. P. 27(d)(1) and the word limit of Fed. R. App. P 5(c)(1) because this document contains 313 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

  By: */s/ Carl F. Schwenker*
    Carl F. Schwenker (TX # 00788374)

# CERTIFICATE OF SERVICE

__X__ I hereby certify that on <u>October 8, 2024</u> I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

___ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: N/A.

      By: */s/ Joel B. Rothman*
           Joel B. Rothman (FL #98220)

# ADDENDUM A
# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rule 28(a)(1), Appellant Bruce Munro ("Appellant" or "Munro") submits this Certificate as to Parties, Rulings, and Related Cases:

(A)  <u>Parties and Amici</u>. The following is a list of all parties, intervenors, and amici before this Court or who appeared before the District Court:

>Bruce Munro (plaintiff/appellant);
>United Stated Copyright Office (defendant/appellant)
>Register of Copyrights (defendant/appellant)

(B)  <u>Rulings Under Review</u>. This appeal is from the Order (ECF No. 36) and Memorandum Opinion (ECF No. 37) entered March 18, 2024 by the Honorable U.S. District Court Judge Timothy J. Kelly, U.S. District Court for the District of Columbia, in Case No. 1:22-cv-02909-TJK.

(C)  <u>Related Cases</u>. The case on review in this appeal was not previously on review before this or any other court and does not relate to any cases between the same or substantially similar parties.