# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5136**                      **September Term, 2024**

1:22-cv-02909-TJK

Filed On: October 23, 2024 [2081573]

Bruce Munro,

      Appellant

   v.

U.S. Copyright Office and Register of Copyrights,

      Appellees

## O R D E R

Upon consideration of appellant's second unopposed motion for extension of time to file reply in support of motion for summary vacatur and remand, it is

**ORDERED** that the motion for extension of time be granted. Appellant's reply is now due November 7, 2024.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                             BY:     /s/
                                               Catherine J. Lavender
                                               Deputy Clerk