# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 24-5136                           September Term, 2025

1:22-cv-02909-TJK

Filed On: October 7, 2025 [2139305]

Bruce Munro,

        Appellant

    v.

U.S. Copyright Office and Register of Copyrights,

        Appellees

    **BEFORE:**     Walker and Childs, Circuit Judges; Rogers, Senior Circuit Judge

## O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                      BY:     /s/
                               Michael C. McGrail
                               Deputy Clerk