# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 24-5136**

**September Term, 2025**

**1:22-cv-02909-TJK**

**Filed On: August 13, 2026** [2187994]

Bruce Munro,

     Appellant

    v.

U.S. Copyright Office and Register of Copyrights,

     Appellees

### M A N D A T E

In accordance with the judgment of June 9, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk

Link to the judgment filed June 9, 2026